IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert Morales | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | | |
| | Movant | |
| vs. | | NO. 17-17678 MDC |
| Nilsa Rodriguez | | |
| | Co-Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this 20th day of March, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 Title 11 of the United States Code, as amended ( the Bankruptcy Code), and the co-debtor stay under Section 1301 of the Bankruptcy Code. Are modified with respect to the subject premises located at 4541 North 7th Street, Philadelphia, PA 19140 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
Magdeline D C——
United States Bankruptcy Judge.

Robert Morales
3621 North 5th Street
Apartment 2B
Philadelphia, PA 19140

Nilsa Rodriguez
3621 North 5th Street
Apartment 2B
Philadelphia, PA 19140

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532