United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                                  Case No. 17-17678-mdc
Robert Morales                                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia              Page 1 of 2           Date Rcvd: Nov 14, 2019
                             Form ID: pdf900             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
```
db         +Robert Morales,   3621 N. 5th Street,   Apartment 2-B,   Philadelphia, PA 19140-4525
14076119   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14012836   +Felix Negron,   3621 N. 5th Street,   Apartment 2-B,   Philadelphia, PA 19140-4525
14012837   +Frdm/cbsd,   Po Box 2017,   Eltin, IL 60121-2017
14024395   +Matteo S. Weiner, Esquire,   KML Law Group, P.C.,   Atty for Midland Mortgage,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14030606   +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
14012838   +Midland Mortgage Company,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
             Oklahoma City, OK 73126-0648
14012839   +Nilsa Rodriguez,   4541 N. 7th Street,   Philadelphia, PA 19140-1424
14012840    Santander Bank N.a.,   Po Box 841002-ma1-mb3-01,   Boston, MA 02884
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:41     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:13
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 03:49:35
             Capital One Bank (USA) N.A Cabelas Club Visa by Am,   4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
cr         +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 03:49:23     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14040967   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:48:16
             Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk VA 23541-1021
14063019   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 03:48:59
             CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,   4515 N Santa Fe Ave,
             Oklahoma City OK 73118-7901
14097232    E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:41     City of Philadelphia,
             Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
14012833   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:48:49     Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14012834   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 03:38:03     Comenity Bank/Lane Bryant,
             Po Box 182125,   Columbus, OH 43218-2125
14012835   +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 03:49:34     Credit One Bank Na,
             Po Box 98873,   Las Vegas, NV 89193-8873
14035829   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2019 03:38:25     Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
14013203   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 04:16:49
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14012841   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:27     Worlds Foremost Bank,
             4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14012832     ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia            Page 2 of 2              Date Rcvd: Nov 14, 2019
                               Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Robert  Morales brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> ROBERT  MORALES | Chapter 13 |
| Debtor | Bankruptcy No. 17-17678-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

November 14, 2019

                                  _____
                                    Magdeline D. Coleman
                                    Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ROBERT  MORALES

3621 N. 5TH ST  APT 2-B

PHILADELPHIA, PA 19140